1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
7       Fax: (415) 436-6570
        Email: Julie.Reagin@usdoj.gov
8
9  Attorneys for United States of America

FILED

JUL 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,              CASE NO. CR 06-0381 CRB
14
         Plaintiff,                       WRIT OF CONTINUING GARNISHMENT
15
      v.                                  (WAGE GARNISHMENT)
16
17 JESSE JAMES PADUA ,

18       Defendant,

19
   ASSOCIATED GLOBAL SYSTEMS,
20
         Garnishee.
21

22
   TO:   Associated Global Systems
23       Attn: Payroll
         3333 New Hyde Park Road
24       New Hyde Park, NY 11042

25
         **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE**
26
   **UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE**
27
   **DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**
28

   WRIT OF CONTINUING GARNISHMENT
   CASE NO. CR-06-0381 CRB
                                    1

The name, last known address and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

Jesse James Padua
1613 Via Lucas
San Lorenzo, CA 94580
Social Security Number (last four digits): XXX-XX-2148

This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $204,554.00. There is a balance of approximately $319,410.47.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the defendant (including nonexempt disposable earnings from his wages, salary, commissions or bonuses) in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. With respect to the defendant's wages, salary, commissions or bonuses; you must withhold twenty-five percent (25%) of such amount(s) after all deductions required by law have been withheld. See 28 U.S.C. § § 3205(a) and 3002(9).

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

a. Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

b. a description of such property and the value of such property;

c. a description of any previous garnishments to which such property is subject and

WRIT OF CONTINUING GARNISHMENT
CASE NO. CR-06-0381 CRB

2

1 | the extent to which any remaining property is not exempt; and

2 |         d.      the amount of the debt you anticipate owing to the defendant in the future and

3 | whether the period for payment will be weekly or another specified period.

4 |     For your convenience, a form which addresses the above-requested information is attached and

5 | may be used to answer the Writ.

6 |     3.      After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and

7 | (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original

8 | answer bearing the original signature of the person preparing the answer to the Court at the following

9 | address:

10 |             Clerk, United States District Court
            450 Golden Gate Avenue

11 |             San Francisco, CA 94102

12 |     At the same time you mail or deliver the original answer to the Court, you must also mail or

13 | deliver a copy of the original answer to both the defendant and attorney for the United States at the

14 | following respective addresses:

15 |             Jesse James Padua
            1613 Via Lucas

16 |             San Lorenzo, CA 94580

17 | 

18 |             Julie C. Reagin
            Assistant U.S. Attorney

19 |             450 Golden Gate Avenue, 9th Floor
            P.O. Box 36055

20 |             San Francisco, CA 94102

21 |     Please note that the attached form answer contains a certificate of service which needs to be

22 | completed by the person mailing the copies of the answer to the defendant and the attorney for the

23 | United States, and which needs to be filed with the Court along with the answer.

24 |     **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN**

25 | **ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT**

26 | **FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE**

27 | **WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE**

28 | 

WRIT OF CONTINUING GARNISHMENT
CASE NO. CR-06-0381 CRB

THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.

SUSAN Y. SOONG,
Clerk of the United States
District Court for the Northern
District of California

Dated: JUL 1 5 2019          By: _____
                             Deputy Clerk MARK J. JENKINS

WRIT OF CONTINUING GARNISHMENT
CASE NO. CR-06-0381 CRB

4