STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7022
Fax: (415) 436-6570
Email:  Shining.Hsu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE JAMES PADUA ,<br><br>Defendant, | CASE NO.  CR 06-0381 CRB<br><br>**WRIT OF CONTINUING GARNISHMENT**<br><br>**(WAGE GARNISHMENT)** |
| NIPPON EXPRESS USA, INC.<br><br>Garnishee. | |

TO:   Nippon Express USA, Inc.
       Attn:  Payroll
       800 Illinois Route 83
       Wood Dale, IL 60191

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

WRIT OF CONTINUING GARNISHMENT
CASE NO. CR-06-0381 CRB

1

The name, last known address and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

>Jesse James Padua
>1613 Via Lucas
>San Lorenzo, CA 94580
>Social Security Number (last four digits):  XXX-XX-2148

This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $204,554.00.   A balance of approximately $324,803.11 remains due as of November 22, 2022.  Under the writ, assets of the defendant in the custody, control, or possession of the Garnishee are being taken by the United States.  The United States seeks to recover this amount plus the statutorily authorized litigation surcharge of ten percent (10%) of the unpaid restitution balance ($32,480.31).  28 U.S.C. § 3011(a).  Thus, the total amount sought by this writ is $357,283.42.

The following are the steps that you must take to comply with this Writ.  If you have any questions, you should consult with your attorney.

1.	Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the defendant (including nonexempt disposable earnings from his wages, salary, commissions or bonuses) in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property.  With respect to the defendant's wages, salary, commissions or bonuses; you must withhold twenty-five percent (25%) of such amount(s) after all deductions required by law have been withheld.  See 28 U.S.C. § § 3205(a) and 3002(9).

2.	Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you.  You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

a.	Whether or not you have in your custody, control, or possession, any property

1  owned by the defendant in which the defendant has a substantial nonexempt interest, including
2  nonexempt disposable earnings;
3        b.      a description of such property and the value of such property;
4        c.      a description of any previous garnishments to which such property is subject and
5  the extent to which any remaining property is not exempt; and
6        d.      the amount of the debt you anticipate owing to the defendant in the future and
7  whether the period for payment will be weekly or another specified period.
8      For your convenience, a form which addresses the above-requested information is attached and
9  may be used to answer the Writ.
10     3.    After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and
11 (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original
12 answer bearing the original signature of the person preparing the answer to the Court at the following
13 address:
14         Clerk, United States District Court
        450 Golden Gate Avenue
15         San Francisco, CA 94102
16     At the same time you mail or deliver the original answer to the Court, you must also mail or
17 deliver a copy of the original answer to both the defendant and attorney for the United States at the
18 following respective addresses:
19         Jesse James Padua
        1613 Via Lucas
20         San Lorenzo, CA 94580
21         Shining J. Hsu
22         Assistant U.S. Attorney
        450 Golden Gate Avenue, 9th Floor
23         P.O. Box 36055
        San Francisco, CA 94102
24
25     Please note that the attached form answer contains a certificate of service which needs to be
26 completed by the person mailing the copies of the answer to the defendant and the attorney for the
27 United States, and which needs to be filed with the Court along with the answer.
28

WRIT OF CONTINUING GARNISHMENT
CASE NO. CR-06-0381 CRB

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.**

MARK B. BUSBY,
Clerk of the Court
United States District Court
for the Northern District of California

Dated: 01/20/2023                      By: /s/ W. Noble
                                           Deputy Clerk

WRIT OF CONTINUING GARNISHMENT
CASE NO. CR-06-0381 CRB

4